UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREDDA MALENA, on behalf of herself and
all others similarly situated,

                Plaintiff,

                                                                         09 Civ. 5849 (WHP)

      -against-

VICTORIA'S SECRET DIRECT, LLC, VICTORIA'S
SECRET DIRECT NEW YORK, LLC, VICTORIA'S
SECRET DIRECT MEDIA, INC., VICTORIA'S
SECRET STORES, LLC, VICTORIA'S SECRET
STORES BRAND MANAGEMENT, INC., LIMITED
BRANDS, INC., LIMITED BRANDS DIRECT
MEDIA PRODUCTION, INC. and ANN O'MALLEY,

                Defendants.
------------------------------------------------------------------X

## AFFIRMATION OF ANTHONY CARABBA, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY COLLECTIVE ACTION CERTIFICATION

STATE OF NEW YORK    )
                                )ss:
COUNTY OF NEW YORK )

       ANTHONY CARABBA, JR., an attorney duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York, deposes and states under penalty of perjury:

       1.    I am an attorney with the law firm of Carabba Locke LLP, attorneys for Plaintiff in the above-captioned matter. I am over the age of 18 years and am personally familiar with the facts set forth herein. I submit this Affirmation in support of Plaintiffs' motion for preliminary certification of this case as a collective action.

       2.    Attached as Exhibit A is a true and correct copy of the Complaint.

3. Attached as Exhibit B is a true and correct copy of the Answer.

4. Attached as Exhibit C is a true and correct copy of Defendants' Answers to Plaintiff's First Set of Interrogatories on Collective Action Claims and a true and correct copy of a letter from Allen S. Kinzer, counsel for Defendants, dated December 14, 2009 in which certain of Defendants' interrogatory responses were amended. Each of these documents has been partially redacted to conceal the addresses and telephone numbers of certain current and former employees identified by Defendants.

5. Attached as Exhibit D is a true and correct copy of a letter from Allen S. Kinzer, counsel for Defendants, dated November 19, 2009.

6. Attached as Exhibit E is the Affidavit of Plaintiff Fredda Malena.

7. Attached as Exhibit F is a true and correct copy of a Victoria's Secret "Position Profile" dated October 2008.

8. Attached as Exhibit G is a true and correct copy of a position description for an Executive Assistant produced by Defendants.

9. Attached as Exhibit H are true and correct copies of responses to "Job Analysis Questionnaire's."

10. Attached as Exhibit I is a true and correct copy of Defendants' January 25, 2010 letter to the Court in response to Plaintiff's application for a pre-motion conference.

11. Attached as Exhibit J are true and correct copies of selected pages of the Limited Brands Benefits Guide.

12. Attached as Exhibit K is a true and correct copy of the first page of a Department of Labor Audit produced by Defendants.

13.	Attached as Exhibit L is Plaintiff's proposed Notice of Lawsuit With Opportunity To Join.

14.	Attached as Exhibit M is Plaintiff's proposed Consent to Become Party Plaintiff.

_____
Anthony Carabba, Jr.

3