Michael G. Long, *pro hac vice*
Allen S. Kinzer, *pro hac vice*
Michael C. Griffaton, *pro hac vice*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6297

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREDDA MALENA, on behalf of herself and
all others similarly situated,

                               Plaintiff,

                               09 Civ. 5849 (WHP)

      -against-

VICTORIA'S SECRET DIRECT, LLC, VICTORIA'S
SECRET DIRECT NEW YORK, LLC, VICTORIA'S
SECRET DIRECT MEDIA, INC., VICTORIA'S
SECRET STORES, LLC, VICTORIA'S SECRET
STORES BRAND MANAGEMENT, INC., LIMITED
BRANDS, INC., LIMITED BRANDS DIRECT
MEDIA PRODUCTION, INC. and ANN O'MALLEY,

                              Defendants.
------------------------------------------------------------------X

### DECLARATION OF MICHAEL C. GRIFFATON IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY COLLECTIVE ACTION CERTIFICATION

      Michael C. Griffaton hereby affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.     I am currently a Senior Attorney with the law firm of Vorys, Sater, Seymour and Pease LLP, one of the law firms representing Defendants in the above matter. In that capacity, I

obtained personal knowledge of the facts set forth below. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Collective Action Certification.

2. Attached as Exhibit A is a true and accurate copy of the Declaration of Douglas L. Williams, which was executed on April 6, 2010.

3. Attached as Exhibit B is a true and accurate copy of the Declaration of Deborah Belleau, which was executed on November 06, 2009.

4. Attached as Exhibit C is a true and accurate copy of the Declaration of Alejandra Cambeiro, which was executed on December 17, 2009.

5. Attached as Exhibit D is a true and accurate copy of the Declaration of Kendra Clanin, which was executed on October 19, 2009.

6. Attached as Exhibit E is a true and accurate copy of the Declaration of Brenda Debolt, which was executed on December 14, 2009.

7. Attached as Exhibit F is a true and accurate copy of the Declaration of Cynthia Egan, which was executed on December 08, 2009.

8. Attached as Exhibit G is a true and accurate copy of the Declaration of Kimberly Garavuso, which was executed on November 03, 2009.

9. Attached as Exhibit H is a true and accurate copy of the Declaration of Molly Gebensleben, which was executed on November 02, 2009.

10. Attached as Exhibit I is a true and accurate copy of the Declaration of Josephine Giliberti, which was executed on October 16, 2009.

11. Attached as Exhibit J is a true and accurate copy of the Declaration of Ahmina R. Graham, which was executed on October 16, 2009.

12. Attached as Exhibit K is a true and accurate copy of the Declaration of Jamie Hall, which was executed on November 03, 2009.

13. Attached as Exhibit L is a true and accurate copy of the Declaration of Patricia Kelly-Kerr, which was executed on December 03, 2009.

14. Attached as Exhibit M is a true and accurate copy of the Declaration of Donna Kirk, which was executed on October 09, 2009.

15. Attached as Exhibit N is a true and accurate copy of the Declaration of Janette McCann, which was executed on November 02, 2009.

16. Attached as Exhibit O is a true and accurate copy of the Declaration of Lisa McClellan, which was executed on November 13, 2009.

17. Attached as Exhibit P is a true and accurate copy of the Declaration of Peggy Poulton, which was executed on September 08, 2009.

18. Attached as Exhibit Q is a true and accurate copy of the Declaration of Tamara Reyes, which was executed on November 03, 2009.

19. Attached as Exhibit R is a true and accurate copy of the Declaration of Joan Rogan, which was executed on November 03, 2009.

20. Attached as Exhibit S is a true and accurate copy of the Declaration of Donna Stroup, which was executed on November 10, 2009.

21. Attached as Exhibit T is a true and accurate copy of the Declaration of Vallori C. Thomas, which was executed on December 11, 2009.

22. Attached as Exhibit U is a true and accurate copy of the Declaration of Toni Tinsley, which was executed on November 11, 2009.

23.    Attached as Exhibit V is a true and accurate copy of the Declaration of Leisa Tremper, which was executed on November 06, 2009.

24.    Attached as Exhibit W is a true and accurate copy of the Declaration of Debbie Wardlow, which was executed on October 20, 2009.

Dated:    Columbus, Ohio
            April 7, 2010

>VORYS, SATER, SEYMOUR AND PEASE LLP
>Attorneys for Defendants
>
>*/s/ Michael C. Griffaton*
>By: Michael C. Griffaton, *pro hac vice*
>52 East Gay Street
>P.O. Box 1008
>Columbus, Ohio 43216-1008
>Telephone: (614) 464-8374
>Facsimile: (614) 719-5020