EXHIBIT A

**Kinzer, Allen S.**

| | |
|---|---|
| **From:** | jschulman [jschulman@carabbalocke.com] |
| **Sent:** | Friday, March 12, 2010 4:24 PM |
| **To:** | Kinzer, Allen S.; acarabba@carabbalocke.com |
| **Cc:** | Stephen.harmon@troutmansanders.com; Long, Michael G.; Griffaton, Michael C. |
| **Subject:** | RE: Fredda Malena v. Victoria's Secret Direct, LLC / Depositions concerning Defendants' Good Faith Defense |

Al:
Your understanding is incorrect. As we told the Court, we want to depose Defendants' employees in the ordinary course of discovery and not only about Defendants' anticipated motion. Unfortunately, we are not available to depose Mr. Williams and Ms. DeDios on the dates that you propose. Simply because Defendants plan to move for summary judgment well before the close of discovery does not mean that Plaintiff is required to expedite particular depositions that deal with your motion (particularly given that you want us to depose them on three business days' notice). As the Court suggested, if we feel that we are unable to oppose your motion because discovery is incomplete, we will seek relief pursuant to Rule 56(f).
We believe that we will have no problem completing discovery within the time allotted by the Court (based on our joint request) and will provide you with proposed dates for depositions sometime next week. We will also confirm whether Plaintiff is available on the date you propose. If not, we will propose additional dates.
Regards,
Jeff


Jeffrey Schulman
Carabba Locke LLP
100 William Street, Suite 310
New York, New York 10038
212.430.6400(voice)
212.430.6405(fax)
jschulman@carabbalocke.com

---

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

-----Original Message-----
**From:** Kinzer, Allen S. [mailto:ASKinzer@vorys.com]
**Sent:** Friday, March 12, 2010 3:28 PM
**To:** acarabba@carabbalocke.com; jschulman
**Cc:** Stephen.harmon@troutmansanders.com; Long, Michael G.; Griffaton, Michael C.
**Subject:** Fredda Malena v. Victoria's Secret Direct, LLC / Depositions concerning Defendants' Good Faith Defense

Anthony and Jeff,

Based on the telephone conference with the Court, we understand that you may want to depose Doug Williams and Lynn DeDios concerning Defendant's motion for partial summary judgment. If you want to depose Doug Williams, we urge you to schedule his deposition for either March 18 or 19. Based on his schedule, he will not be available for quite a while after that. For your travel arrangements, it would make sense to depose Lynn DeDios on the same trip.

We would like to depose Plaintiff Fredda Malena on Wednesday, April 14.

1

Best regards,
Al Kinzer

From the law offices of Vorys, Sater, Seymour and Pease LLP.

IRS CIRCULAR 230 DISCLOSURE:  In order to ensure compliance
with requirements imposed by the U.S. Internal Revenue Service, we
inform you that any federal tax advice contained in this communication
(including any attachments) is not intended or written to be used, and it
cannot be used, by any taxpayer for the purpose of (i) avoiding penalties
 that may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing, or recommending to another person, any
transaction or other matter addressed herein.

---

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person
or entity to which it is addressed and may contain confidential and/or
privileged material. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message. If you are the intended recipient but do not wish to receive
communications through this medium, please so advise the sender immediately.